**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| JUDICIAL WATCH, INC. |
| *Plaintiff*, |
| v. |
| U.S. DEPARTMENT OF DEFENSE, |
| *and* |
| U.S. DEPARTMENT OF STATE, |
| *Defendants*. |

Civil Action No. 14-cv-812 (KBJ)

## SECOND JOINT STATUS REPORT AND PROPOSED SCHEDULE FOR DISCLOSURE

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Disclosure in response to the Court's July 24, 2014 Minute Order.

1.      Plaintiff Judicial Watch, Inc. initiated this Freedom of Information Act ("FOIA") lawsuit against Defendants, the U.S. Department of Defense and U.S. Department of State, on May 15, 2014. (ECF No. 1). Defendants answered the complaint on June 26, 2014. (ECF No. 7).

2.      In their First Joint Status Report filed July 16, 2014 (ECF No. 8), the parties reported that Defendants had conducted, and were continuing to conduct, searches for potentially responsive records, and that the parties would confer and file a joint status report setting forth a proposed schedule for further proceedings.

3.      On August 29, 2014, Defendants provided Plaintiff with information about the volume of potentially responsive records that Defendants will need to review in order to determine which, if any, are responsive to Plaintiff's request and which exemptions to disclosure

apply under the FOIA.  After conferring, the parties have agreed to six rolling productions at

eight-week intervals, starting on October 24, 2014.

    4.    The parties therefore respectfully propose that (1) Defendants shall produce to

Plaintiff the non-exempt, responsive documents subject to FOIA in rolling productions on

October 24, 2014; December 19, 2014; February 13, 2015; April 10, 2015; June 5, 2015; and

July 31, 2015; and (2) by no later than August 14, 2015, the parties shall file a second joint status

report setting forth a proposed schedule for further proceedings should the parties be unable to

resolve this matter without further litigation.


Date: September 5, 2014

JUDICIAL WATCH, INC.

 */s/ Michael Bekesha*
MICHAEL BEKESHA
(D.C. Bar No. 995749)
425 Third Street, SW, Suite 800
Washington, DC 20024
(202) 646 5172

*Counsel for Plaintiff*

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Robert J. Prince*
ROBERT J. PRINCE (D.C. Bar No. 975545)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305 3654
robert.prince@usdoj.gov

*Counsel for Defendant*